**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Estela Gomez-Perez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA GOMEZ-PEREZ,<br><br>   Plaintiff,<br><br>   v<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. SACV16-01174 JC<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND TWO HUNDRED TWENTY-TWO DOLLARS and TWENTY-NINE CENTS ($2,222.29), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated:     March 30, 2017

/s/
THE HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

1